DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

RICHARD J. MORIN, *Cal. Bar No.:285275*
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel: 916-333-2222 / Fax: 916-273-8956
Email: legal@rickmorin.net

*Attorney for Defendant:* **S M R Ventures, Inc.**

DANIEL F. REIDY, *Cal. Bar No.:74941*
LAW OFFICE OF DANIEL F. REIDY
270 Blair Mine Road
P.O. Box 760
Angels Camp, CA 95222
Tel: 209-736-0712
Email: dfreidy@pacbell.net

*Attorney for Defendant:* **ACHF Kaplan, L.P.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                    Plaintiff,<br><br>v.<br><br>**S M R VENTURES, INC.,** as an entity and doing business as "Mountain Mike's Pizza", **ACHF KAPLAN L.P.**, and **DOES** 1-50, Inclusive,<br><br>                    Defendants. | Case No.: 3:21-cv-02847-JCS<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: December 8th, 2021　　　　　　　　　　/s/Daniel Malakauskas_____
　　　　　　　　　　　　　　　　　　　　　By: Daniel Malakauskas, of,
　　　　　　　　　　　　　　　　　　　　　MALAKAUSKAS LAW, APC,
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: December 8th, 2021　　　　　　　　　　/s/Richard J. Morin_____
　　　　　　　　　　　　　　　　　　　　　By: Richard J. Morin, of,
　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF RICK MORIN, PC,
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant: ***S M R Ventures, Inc.***

Date: December 8th, 2021　　　　　　　　　　/s/Daniel F. Reidy_____
　　　　　　　　　　　　　　　　　　　　　By: Daniel F. Reidy, of,
　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF DANIEL F. REIDY, Attorney for Defendant: ***ACHF Kaplan, L.P.***

Dated: 12/10/2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA